**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Kaylee Ann HENRY, Defendant–
Appellant.**

No. 06–30212.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 20, 2007 *.

Filed Feb. 23, 2007.

Joseph E. Thaggard, Esq., USGF—Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

Evangelo Arvanetes, Esq., FDMT—Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM **

Kaylee Ann Henry appeals from the sentence imposed following her guilty-plea conviction for conspiracy to possess with intent to distribute and to distribute methamphetamine and maintaining a drug-involved premises, in violation of in violation

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

of 21 U.S.C. § 846, 21 U.S.C. § 856, and 18 U.S.C. § 2.

The district court erred by concluding that, in light of the Supreme Court's holding in *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), it could not apply the safety valve statute, 18 U.S.C. § 3553(f). *See United States v. Cardenas–Juarez,* 469 F.3d 1331, 1334 (9th Cir.2006). We vacate the sentence and remand for resentencing without regard to the mandatory minimum.

**VACATED and REMANDED for resentencing.**